Manisela V. Prescott #44617-086   Steven Prigan #17392-085
Garrett Okubo #06012-122        Curtis Sawyer #77039-097
Allen Lint #11990-085           Emigdio Salcedo 32108-045
Thomas Maxim #20348-006
Federal Correctional Institution #2 E Lower Unit
P.O. Box 3850
Adelanto, CA 92301

2:21-CV-05302-SB-SK

FILED
CLERK, U.S. DISTRICT COURT
5/17/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: DTA  DEPUTY

UNITED STATES OF AMERICA
CENTRAL DISTRICT OF CALIFORNIA

| Manisela V. Prescott, Curtis Sawyer, Garrett Okubo, Steven Prigan, Allen Lint, Emigdio Salcedo, Thomas Maxim, Plaintiffs, | Eighth Amendment violations claims under cruel and unusual punishment |
|---|---|
| vs. | Habeus Corpus Motion |
| UNITED STATES OF AMERICA, BOP, Counselor, Mr. Beam, Case Manager, Ms. Jenkins, Warden, John Does (1-3), Defendants, | JURY TRIAL DEMANDED  Injunction Request |

I. INTRODUCTION

On April 20,th 2021, Plaintiffs arrived at Victorville Federal Correctional Institution #2 location; where plaintiffs were all housed in E-Lower (a hold over unit over seen by counselor Mr. Beam, a defendant on this motion).

After being held for 3 weeks in the hold over, the plaintiffs all filed

-1-

formal complaints because the poor prison conditions: The food was insufficient in calories to meet the standard National Food Diet Menu's set by BOP. The standard calories are supposed to be 2,500. Plaintiffs saw changes in body weights because the lack of food servings, which are smaller servings than any other corrections. When Plaintiffs complained to Mr. Beam, the counselor over seeing the Unit, he stated aloud, "The food is perfect, you guys could stand to lose a few pounds."

When Plaintiff Prescott and Lint asked for a BP-9 (a formal resolution form going up in chain of command to exhaust Administrative remedies) Mr. Beam said, "No. Get out of here." Which violates Plaintiffs acess to the courts.(Plaintiff Prescott has current cases pending outcome in courts and made Mr. Beam aware). Mr. Beam said to inmates, "If you wanna complain your going to the SHU (Segragation Housing Unit also known as solitary confinement). Inmates haven't been getting beverages or condements with meals, which is required servings.

Inmates who have been here for months have not received laundry but once. Plaintiffs are forced to handwash their clothes in sink and sleep in boxers over night, or in the nude while their clothes and/or boxers hang dry in their cells. Inmates are not given new sheets or bedding which prevents the spread of virus and infections.

II. GROUNDS

Because the food servings are but few tablespoons worth of portions,

·2

and being intimidated, threatened, and denied to the liberties of our constitutional freedoms, along being denied clean clothing and laundry, the plaintiffs file this Eighth Amendment violations claims to the courts in prayer for relief without having exhausted Administrative remedies first. Under the law, Administrative remedies need not be exhausted if a class action complaint ensues.

Plaintiff's request appointed attorneys be assigned to them because this matter has many intricate parts that make up a complex case such as this. An assigned counsel could better research, investigate, and interview witnesses as oppose to plaintiffs imprisoned in cells where we're only out for 90 minutes daily. Also, Plaintiffs have no acess to legal materials or the law library to better serve their complaint.

III. CONCLUSION

Plaintiffs file this in hopes of getting the courts to shed light on inmates starvation and depravation of rights afforded to Plaintiff's by the United States Constitution and all its amendments. Plaintiff's seek an injunction by the courts, protecting plaintiffs from retaliation and barring Counselor Mr. Beam from placing inmates who are named as plaintiffs in the SHU, for excersizing plaintiffs rights to complain about poor prison conditions. Plaintiffs have lost a noticeable amount of weight in their hold over and would

-3-

like to further pursue this case to be brought before a jury.

John Does (1-3) are other staff yet to be named. The Unit Manager and Warden's involvement is because of their failure to train counselor. Mr. Beam, who has numerous complaints prior to this current one. This motion hopes to move the courts to see to it that plaintiffs receive adequate care, medical, protection, food, and other liberties afforded to plaintiffs under the U.S. Constitution.

I declare under penalty of perjury, that statements and facts of this motion are true to the best of my knowledge.

| Signature | Date |
|---|---|
| [signature] | 5/12/2021 |
| Anto Okuero | 5/12/21 |
| [signature] | 5/12/21 |
| Allen D. Lint #11990-085 | 5/12/2021 |
| Emigdio Salcedo #32108-045 | 5/12/2021 |
| Curtis Sawyer #77039-097 | 5/12/2021 |
| Steven Prigan #17392-085 | 5/12/2021 |

